IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

**In re the case of:**

IN THE STATE COURT OF DOUGHERTY COUNTY, GEORGIA

| | |
|---|---|
| CHANDRA BURNAM, individually and on behalf of the Estate of AUNDRENECIA BRYANT, Deceased, | * * * * |
| Plaintiff, | * * |
| vs. | * Civil Action File No. 16 SCV88 * |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, INC.; DR. IAN JAMES MUNRO; PHOEBE PHYSICIAN GROUP, INC.; DR. CHARISSE A. BRANDON; DR. IGNATIUS N. OHAMADIKE; DR. CHARLES B. TYLER; and ALBANY AREA PRIMARY HEALTH CARE, INC. | * * * * * * * * * |
| Defendant. | * |

NOTICE OF REMOVAL
NOTICE OF SUBSTITUTION

**TO:** The United States District Court for the Middle District of Georgia, Albany Division

REMOVAL

PLEASE TAKE NOTICE THAT pursuant to 42 U.S.C. §§ 233(a) and 233(c) (reproduced in the Addendum hereto) and on behalf of Defendants named above Albany Area Primary Health Care, Inc. (hereinafter AAPHC); Dr. Charisse

1

A. Brandon; Dr. Ignatius N. Ohamadike; and Dr. Charles B. Tyler, and for the United States of America, G. F. Peterman, III, United States Attorney for the Middle District of Georgia by and through his designee Assistant United States Attorney for the Middle District of Georgia Stewart R. Brown respectfully submits this Notice of Removal and in support and explanation thereof shows:

1.	AAPHC, Dr. Charisse A. Brandon, Dr. Ignatius N. Ohamadike, and Dr. Charles B. Tyler are hereinafter sometimes referred to as the Federal Defendants.  By removing this case on their behalf the United States does not admit that they or it are subject to the jurisdiction of the Court or that they have been properly served.  The effect of removal is to simply establish that the suit against them should have named only the United States as a Defendant in their stead and should have been filed in District Court.

2.	The above-captioned State Court of Dougherty County, Georgia case in which the Federal Defendants are name therein as Defendants remains pending in that Court; no trial has been had or set.  Copies of the entire record in that action are attached to this Notice of Removal as Exhibit A, consisting of 163 pages as of November 8, 2016.

3.	Discussed more fully hereinafter the Federal Defendants are deemed employees of the Public Health Service and the complaint against them in the State Court of Dougherty County, Georgia shows that they are being sued by the

plaintiff for actions they took while acting in that capacity in the course and scope of their employment.

4.      The plaintiff in the above-captioned State Court action seeks damages from the defendants for alleged negligent acts or omissions in the course and scope of their employment in allegedly providing care to Aundrenecia Bryant, deceased.

5.      Congress has provided in 42 U.S.C. § 233(a) (reproduced in the Addendum hereto) that the exclusive remedy for such a claim is against the United States under 28 U.S.C. §§ 1346(b) and 2672 et seq., the Federal Tort Claims Act (FTCA).

6.      Under the FTCA only United State District Courts have jurisdiction over such claims as are made in the above-captioned State Court of Dougherty County, Georgia case.

7.      Congress has provided in 42 U.S.C. § 233(c) (reproduced in the Addendum hereto) that such an action commenced in a State court shall be removed to the proper United States District Court upon certification by the Attorney General that defendants were acting in the scope of their employment at the time of the incident out of which the suit arose.  Under the allegations of the Plaintiff in the above-captioned State Court of Dougherty County, Georgia case the proper United States District Court is the District Court for the Middle District of Georgia, Albany Division.

8. The certification called for by 42 U.S.C. § 233(c), made by the United States Attorney for the Middle District of Georgia under the said statute and pursuant to 28 C.F.R. § 15.4(b) is attached hereto as Exhibit B. The above-captioned civil action is therefore deemed to be against the United States and properly against the United States.

WHEREFORE, defendants, AAPHC, Dr. Charisse A. Brandon, Dr. Ignatius N. Ohamadike, and Dr. Charles B. Tyler, give notice that the above-captioned action, pending in the State Court of Dougherty County, Georgia, is removed to the United States District Court for the Middle District of Georgia, Albany Division, under and pursuant to 42 U.S.C. § 233(c).

### SUBSTITUTION OF THE UNITED STATES OF AMERICA AS DEFENDANT IN THE NAME PLACE AND STEAD OF THE FEDERAL DEFENDANTS

PLEASE TAKE NOTICE THAT pursuant to 42 U.S.C. §§ 233(a) and 233(c) (reproduced in the Addendum hereto) the United States is hereby substituted for the Federal Defendants named above, to wit: AAPHC, Dr. Charisse A. Brandon, Dr. Ignatius N. Ohamadike, and Dr. Charles B. Tyler (as above, hereinafter the Federal Defendants). The within substitution is with respect to the Plaintiff's claims made in the above-captioned State Court of Dougherty County, Georgia case. The basis and grounds for the substitution are:

9. The Federal Defendants and the United States incorporate herein by reference thereto just as if they were restated verbatim the facts set out in the foregoing paragraphs 1 through 8 and the attached Exhibit B Certification.

10. As pertinent hereto it is established in the foregoing that the facts and allegations of the Plaintiff in the above-captioned State Court of Dougherty County, Georgia case and the Exhibit B Certification bring the case under and within the provisions of 42 U.S.C. §§ 233(a) and 233(c), which in turn bring the matter under and within the FTCA. Therefore, the case is deemed a tort action against the United States, which shall be substituted as the Defendant in the name place and stead of AAPHC, Dr. Charisse A. Brandon, Dr. Ignatius N. Ohamadike, and Dr. Charles B. Tyler, who and which shall be dismissed.

WHEREFORE, the defendants, AAPHC, Dr. Charisse A. Brandon, Dr. Ignatius N. Ohamadike, and Dr. Charles B. Tyler, and the United States of America give notice that the above-captioned action, pending in the State Court of Dougherty County, Georgia, is removed to the United States District Court for the Middle District of Georgia, Albany Division, that the state law claims are deemed an action against the United States, and that the United States of America is substituted as the proper party Defendant in the place and stead of Defendants AAPHC, Dr. Charisse A. Brandon, Dr. Ignatius N. Ohamadike, and Dr. Charles B. Tyler, against whom the claims made will be dismissed.

This 10th day of November, 2016.

        Respectfully submitted,
        G. F. PETERMAN, III
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF GEORGIA
        ATTORNEY FOR THE UNITED STATES
        AND THE FEDERAL DEFENDANTS


By:  /s/ Stewart R. Brown
     Stewart R. Brown
     Assistant United States Attorney
     Georgia State Bar # 089650
     United States Attorney's Office
     Middle District of Georgia
     P.O. Box 1702
     Macon, Ga. 31202-1702
     Telephone: (478) 621-2690
     Facsimile: (478) 621-2737
     Email: Stewart.Brown@usdoj.gov

## CERTIFICATE OF SERVICE

I, Stewart R. Brown, Assistant United States Attorney, hereby certify that on the 10th day of November, 2016, I electronically filed the foregoing Notice of Removal/Notice of Substitution, Exhibits A and B thereto, and the Addendum pertaining thereto with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A.

I also certify that I have mailed by the United States Postal Service the documents (omitting Exhibit A because they have had those documents) and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:

| | |
|---|---|
| Laura M. Shamp, Esq. | Charles K. Wainwright, II, Esq. |
| Shamp, Speed, Jordan, Woodward | Watson, Spence, LLP |
| 1718 Peachtree Street, NW, Suite 660 | P. O. Box 208 |
| Atlanta, GA 30309 | Albany, GA 31702-2008 |
| Attorney for Plaintiff | Attorney for Defendants |
| | Phoebe Putney Mem. Hosp., Inc., Phoebe Physician Group, Inc., and Dr. Ian James Munro |

 /s/ Stewart R. Brown
Stewart R. Brown
Assistant United States Attorney
Georgia State Bar # 089650
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Ga 31202-1702
Telephone: (478) 621-2690
Facsimile: (478) 621-2737
Stewart.Brown@usdoj.gov