IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHANDRA BURNAM, *individually and on behalf of the Estate of* AUNDRENECIA BRYANT, *Deceased*, | : : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.:  1:16-CV-204 (WLS) |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., DR. IAN JAMES MUNRO, PHOEBE PHYSICIAN GROUP, INC., and THE UNITED STATES OF AMERICA, | : : : : : : | |
| Defendants. | : : | |

## ORDER

In the removal to this Court of Case Number 16 SCV88 from the State Court of Dougherty County, Georgia, there appears the 42 U.S.C. §§233(a) and 233(c) and 28 C.F.R. § 15.4(b) Certification of the United States Attorney for this District that the individual defendants named in said case, Albany Area Primary Health Care, Inc. (hereinafter AAPHC), Dr. Charisse A. Brandon, Dr. Ignatius N. Ohamadike, and Dr. Charles B. Tyler, were deemed employees of the Public Health Service and were, in the circumstances and occurrences attributed to them in the allegations in the Plaintiff's Complaint, acting within the scope of their employment as deemed employees of the Public Health Service.  The said removal also accomplished substitution of the United States of America as the Defendant in the case in the name, place and stead of the individual defendants named above, AAPHC, Dr. Charisse A. Brandon, Dr. Ignatius N. Ohamadike, and Dr. Charles B. Tyler, under and pursuant to 42 U.S.C. §§233(a) and 233(c).[1]

---

[1] The Court notes that Plaintiff filed no objection or response to Defendants' Notice of Substitution.  (*See* Docket.)

1

Therefore, it is, **CONSIDERED, ORDERED AND ADJUDGED,** that pursuant to the provisions of 42 U.S.C. §§233(a) and 233(c) the said claims are dismissed with respect to said individual defendants AAPHC, Dr. Charisse A. Brandon, Dr. Ignatius N. Ohamadike, and Dr. Charles B. Tyler, on the grounds that the exclusive remedy for the claims is an action against the United States, the United States is the only proper Defendant on the claims against those individual defendants, and the United States has been substituted for the foregoing named individual defendants as the Defendant on the claims against those individual defendants.

**IT IS FURTHER ORDERED,** that,

1) Thenceforth the claims against the substituted Defendant, the United States shall proceed as claims under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671 et seq.; and

2) Beginning with this Order the caption of the case shall reflect the substitution of the United States as the proper defendant in the name, place, and stead of the individual defendants for whom it is being substituted, AAPHC, Dr. Charisse A. Brandon, Dr. Ignatius N. Ohamadike, and Dr. Charles B. Tyler, which amended caption shall be as it appears in the above-caption to this Order.

**SO ORDERED,** this __10th__ day of January, 2017.

>  **/s/ W. Louis Sands**
>  **W. LOUIS SANDS, SR. JUDGE**
>  **UNITED STATES DISTRICT COURT**