# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ALBANY DIVISION

| | |
|---|---|
| CHANDRA BURNAM, Individually and on Behalf of the Estate of Audrenecia Bryant, Deceased ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO: 1:16-CV-00204-WLS |
| v. ) ) | |
| PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., IAN JAMES MUNRO, M.D., PHOEBE PHYSICIAN GROUP, INC., and THE UNITED STATES OF AMERICA ) ) ) ) ) ) ) | |
| Defendants. ) | |

Filed at 4:20 P.M. 6/15, 20 18
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

## ORDER

The Court GRANTS plaintiff's motion to drop defendants, Ian James Munro, MD and Phoebe Physicians Group, Inc., as parties to this action without prejudice. The Case remains pending as to all other defendants.

SO ORDERED this 15th day of June, 2018.

W. LOUIS SANDS
UNITED STATES DISTRICT COURT

Prepared by:

Laura M. Shamp
GEORGIA BAR NO. 637560
**SHAMP JORDAN WOODWARD**
1718 Peachtree Street, Suite 660
Atlanta, Georgia 30309
(404) 893-9400 (telephone)
(404) 260-4180 (facsimile)