IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CHANDRA BURNAM, *Individually and on Behalf of the Estate of Audrenecia Bryant, Deceased,* : : : : : Plaintiff, : : v. : : PHOEBE PUTNEY MEMORIAL HOSPITAL INC., DR. IAN JAMES MUNRO, M.D., PHOEBE PHYSICIAN GROUP, INC., and THE UNITED STATES OF AMERICA, : : : : : : : Defendants. : | CASE NO.: 1:16-cv-00204(WLS) |

## ORDER

The United States of America has filed a Notice of Settlement, stating that this case has been settled between Plaintiff and the United States. (Doc. 44.) According to the notice, the Court may dismiss this action, subject to Plaintiff's right to re-file if the settlement is not timely consummated under the terms of the Parties' stipulation. Alternatively, if the Court does not dismiss the case, the Parties will dismiss the case with prejudice upon consummation of the United States' payment.

To allow for consummation of payment, the Parties are **ORDERED** to file the necessary dismissal document(s) in writing **no later than thirty (30) days after entry of this Order** or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this  26th  day of June, 2018.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**